IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAMELA GRAY, ) | |
| ) | |
| Plaintiff, ) | 1:10-cv-00852 |
| ) | Judge Pallmeyer |
| v. ) | Magistrate Judge Brown |
| ) | |
| TAKHAR COLLECTION SERVICES LTD, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and an order of Default having previously been entered against Defendant,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, PAMELA GRAY, and against Defendant, TAKHAR COLLECTION SERVICES LTD., as follows:

1. $1,000 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $2,000 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $3,430.50 for Plaintiff's attorneys' fees.

4. $537.00 for Plaintiff's costs.

5. Total Judgment in the amount of $6,430.50.

_____
Honorable Rebecca Pallmeyer
United States District Judge

Dated: July 7, 2010